**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfredo Gilberto AGUILAR–CORTEZ,**
**Defendant–Appellant.**

No. 03–40665
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Alfredo Gilberto Aguilar–Cortez appeals his sentence following his guilty plea conviction for transporting an undocumented alien within the United States. Aguilar challenges a condition of supervised release set forth in the written judgment that prohibits him from possessing "any other dangerous weapon." Aguilar argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence. This issue is foreclosed by *United States v. Torres–Aguilar*, 352 F.3d 934, 938 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.